IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| GRACE OCEAN PRIVATE LIMITED, ET AL. | ) | |
| *Petitioners-Appellees* | ) | NO. 26-2393 |
| v. | ) | |
| | ) | (1:24-cv-00941-JKB) |
| BALTIMORE COUNTY | ) | |
| *Claimant-Appellant* | ) | |

---

**<u>JOINT MOTION TO MODIFY BRIEFING SCHEDULE</u>**

Petitioners–Appellees Grace Ocean Private Limited and Synergy Marine Pte Ltd ("Petitioners") and Claimant–Appellant Baltimore County (the "Claimant-Appellant" or "Baltimore County") jointly move, under Federal Rule of Appellate Procedure ("FRAP") 27 and Local Rule 31(c), for an order modifying the current briefing schedule in this appeal as set forth below. In support of their requested relief, the parties state as follows.

## I. BACKGROUND

In the early morning hours of March 26, 2024, the M/V DALI (the "Vessel") allided with the Francis Scott Key Bridge. On April 1, 2024, Petitioners-Appellees filed a Petition for Exoneration from or Limitation of Liability pursuant to Rule F(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims ("Supplemental Rules") in the United States District Court for the District of Maryland ("District Court"), Case No. 1:24-cv-00941 (the "Limitation Action").

Baltimore County filed a claim ("Claim") in the Limitation Action pursuant to Supplemental Rule F(5).

On June 15, 2026, Petitioners-Appellees filed a motion for judgment on the pleadings as to Baltimore County's Claim and certain claims filed by several other claimants ("the Other Claimants") in the Limitation Action ("Petitioners-Appellees' Motion"), including based on *Robins Dry Dock & Repair Co. v. Flint*, 275 U.S. 303 (1927) and its progeny. On August 25, 2026, the District Court granted in part and denied in part the Petitioners' Motion (D. Md. ECF No. 907, hereinafter, the "Order") and dismissed part of Baltimore County's Claim.

This appeal followed.[1] It was docketed on October 2, 2026, as No. 26-2393. Under the current briefing order, the joint appendix and Baltimore County's opening brief are both due on November 30, 2026.

## II. ANALYSIS

In this appeal, Baltimore County seeks review of the same Order issued by the District Court that the Other Claimants seek review of in the Related Appeals.

Petitioners-Appellees and the Other Claimants have submitted a joint request to the Court to consolidate the Appeals into Case No. 26-2355 (L) (the "Lead Case")

---

[1] Along with five separately noted appeals by the Other Claimants docketed at Case Nos. 26-2355, 26-2374, 26-2379, 26-2383, and 26-2387 (collectively, the "Related Appeals"). Contemporaneous with the filing of this Motion, Petitioners-Appellees are filing in the Appeals a Joint Motion to Consolidate and to Establish a Briefing Schedule in the Consolidated Case (hereinafter, the "Motion to Consolidate").

and to establish a single briefing schedule in the consolidated Lead Case, proposing the following briefing schedule:

| **Filing** | **Proposed Due Date** |
|---|---|
| Opening brief and joint appendix | Tuesday, January 19, 2027 |
| Petitioners-Appellees' response brief | Monday, March 22, 2027 |
| Reply brief | Monday, May 3, 2027 |

Good cause and extraordinary circumstances support the above-proposed schedule. *See* Local Rule 31(c). Baltimore County does not oppose the Motion to Consolidate, and the parties agree that this appeal should be briefed on the same schedule as the Related Appeals.[2] This appeal seeks review of the same Order as the Related Appeals, on the same or similar record on appeal from the District Court in the Limitation Action. The parties therefore submit that proceeding on a briefing schedule in this appeal that is consistent with the single briefing schedule proposed in the Motion to Consolidate the Related Appeals will permit the parties and the Court to consider and review all appeals taken from the Order at the same time, which promotes efficiency and reduces the risk of inconsistent rulings. The parties are making this request well before the County's current deadline.

[2] Accordingly, in the event that the Court enters a briefing schedule in the Related Appeals that differs from the proposed schedule requested in the Motion to Consolidate, the parties respectfully request that the briefing schedule in this appeal conform to the schedule ultimately entered by the Court in the Related Appeals.

## III. CONCLUSION

WHEREFORE, the parties respectfully request that the Court modify the briefing schedule in this appeal and enter the parties' proposed briefing schedule set forth above, or alternatively, enter a briefing schedule in this appeal consistent with the briefing schedule entered by the Court in the Related Appeals.

Dated: November 6, 2026

**DUANE MORRIS LLP**

*/s/ Laurie G. Furshman*
Laurie G. Furshman
LGFurshman@duanemorris.com
Robert B. Hopkins
RBHopkins@duanemorris.com
Tristan A. Dietrick
TDietrick@duanemorris.com
1201 Wills Street, Suite 330
Baltimore, MD 21231
(410) 949-2937

**BLANK ROME LLP**

William R. Bennett
william.bennett@blankrome.com
1271 Avenue of the Americas
New York, NY 10174-0208
(212) 885-5000

Kierstan L. Carlson
kierstan.carlson@blankrome.com
1825 Eye Street, N.W.
Washington, DC 20006
(202) 772-5862

*Counsel for Petitioners-Appellees Grace Ocean Private Limited, as Owner of the*

*M/V DALI, and Synergy Marine Pte Ltd, as Manager of the M/V DALI*

**BEKMAN, MARDER, HOPPER, MOORE & QUINN, LLC**

*/s/ Paul D. Bekman*
Paul D. Bekman
bekman@mdtrialfirm.com
1829 Reisterstown Road, Suite 200
Baltimore, MD 21208
(410) 539-6633

**GRANT & EISENHOFER, P.A.**

Laina M. Herbert
lherbert@gelaw.com
Ana R. Martin
amartin@gelaw.com
Kyle J. McGee
kmcgee@gelaw.com
123 Justison Street, 7th Floor
Wilmington, DE 19801
(302) 622-7000

*Counsel for Claimant-Appellant Baltimore County*

**STATEMENT OF COUNSEL PURSUANT TO**
**FOURTH CIRCUIT LOCAL RULE 27(a)**

The undersigned, pursuant to Fourth Circuit Local Rule 27(a), hereby states that counsel for the other party to the above-identified appeal joins in the filing of this Motion and therefore consents to the granting of the same.

*/s/ Laurie G. Furshman*
Laurie G. Furshman

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because this document contains 669 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman font, 14-point size.

*/s/ Laurie G. Furshman*
Laurie G. Furshman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of November 2026, a true and accurate copy of the foregoing Motion was filed and served via CM/ECF on all counsel of record.

*/s/ Laurie G. Furshman*
Laurie G. Furshman