FILED: November 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2393
(1:24-cv-00941-JKB)

---

GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI; SYNERGY MARINE PTE, LTD, as Manager of the M/V DALI

Petitioners - Appellees

v.

BALTIMORE COUNTY

Claimant - Appellant

---

O R D E R

---

The court suspends the briefing schedule pending further order of the court.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk